No. 188. LAWRENCE *v.* ILLINOIS. February 25, 1946. The motion for leave to file a fifth petition for rehearing is denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application. 326 U. S. 812.

No. 208. DENORMAND ET AL. *v.* UNITED STATES. February 25, 1946. The motion for leave to file a third petition for rehearing is denied. 326 U. S. 811.

Nos. 587, 588 and 589. CREEL *v.* CREEL. February 25, 1946. The motion to defer consideration of the petition for rehearing is denied. The petition for rehearing is also denied. 326 U. S. 782.

No. 21. MARTINO *v.* MICHIGAN WINDOW CLEANING Co. March 4, 1946. 327 U. S. 173.

No. 152. CANIZIO *v.* NEW YORK. March 4, 1946. 327 U. S. 82.

No. 383. WRIGHT *v.* JOHNSTON, WARDEN. March 4, 1946. 326 U. S. 786.

No. 703. HUDSON COAL CO. *v.* WATKINS ET AL. March 4, 1946.

No. 705. FEDERAL NATIONAL BANK *v.* NEW YORK LIFE INSURANCE Co. March 4, 1946.

No. 112. GREGORY *v.* UNITED STATES. March 4, 1946. The motion for leave to file a third petition for rehearing is denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application. *Ante,* p. 814.